**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SHAKUR ASSAD MANSA BEY,<br><br>        Plaintiff,<br><br>   v.<br><br>CLARK COUNTY CHILD SUPPORT DIVISION,<br><br>        Defendant. | Case No. 2:15-cv-01719-APG-VCF<br><br>**ORDER DISMISSING CASE**<br><br>(Dkt. #2) |

On September 11, 2015, Magistrate Judge Ferenbach entered a report and recommendation (Dkt. #2) recommending I dismiss the complaint with prejudice as frivolous. Plaintiff did not file an objection. Nevertheless, I conducted a de novo review of the issues set forth in the Report & Recommendation. 28 U.S.C. § 636(b)(1). Judge Ferenbach set forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the report and recommendation (Dkt. #2) is accepted.

IT IS FURTHER ORDERED that this action is DISMISSED with prejudice.

DATED this 5th day of October, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE